NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ALCOHOL MONITORING SYSTEMS, INC.,**
*Plaintiff-Appellant*

**v.**

**BI INCORPORATED, GEO CARE, INC.,**
*Defendants-Appellees*

---

2014-1266

---

Appeal from the United States District Court for the District of Colorado in No. 1:11-cv-00301-DME-CBS, Senior Judge David M. Ebel.

---

## JUDGMENT

---

JON TREMBATH, Lathrop & Gage LLP, Denver, CO, argued for plaintiff-appellant. Also represented by PHILLIP S. LORENZO, JAMES ESPY DALLNER, ALEXANDER C. CLAYDEN, ALLISON STEINCIPHER WALLIN.

TIMOTHY P. GETZOFF, Holland & Hart LLP, Boulder, CO, argued for defendants-appellees. Also represented by MICHAEL P. MANNING, Holland & Hart LLP, Billings, MT.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (PROST, *Chief Judge,* CLEVENGER and MOORE, *Circuit Judges*).

### AFFIRMED.  *See* **Fed. Cir. R. 36.**


ENTERED BY ORDER OF THE COURT


| July 13, 2015 | /s/  Daniel  E.  O'Toole |
|---|---|
| Date | Daniel E. O'Toole |
|  | Clerk of Court |